In the Matter of the Judicial Settlement of the Account of GEORGIANA SHATTUCK and Another, as Executrices, etc., of ALICE L. WHITE, Deceased.— Decree unanimously affirmed, with costs to all parties filing briefs payable out of the estate. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

JOSEPH LYNCH, Respondent, v. ORION CLARK and Another, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BEST & Co., INC., Relator, v. MARK GRAVES and Others, Constituting the State Tax Commission of the State of New York, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Application of CLARENCE V. R. PITTS, as a Taxpayer of the Town of Colonie, Albany County, New York, on Behalf of Himself and Others Similarly Situated, Appellant, for a Peremptory Mandamus Order against THE BOARD OF SUPERVISORS OF THE COUNTY OF ALBANY, NEW YORK, Respondent. — Order unanimously affirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

BOARD OF HUDSON RIVER REGULATING DISTRICT, Respondent, v. JOHN A. WILLARD REALTY AND LUMBER Co., INC., Appellant.— Order reversed, on the law and facts, and award of the Commission reinstated, with costs to the appellant, including an additional allowance of five per cent, on the ground that no improper rule as to value was adopted by the Commissioners; the evidence supports and justifies the amount of the award, which is, therefore, not excessive. In such case the court is not to substitute its judgment for that of the Commissioners. Rhodes, Crapser and Heffernan, JJ., concur; Hill, P. J., and Bliss, J., dissent and vote to affirm.

JOHN ROSHIRT, INC., Respondent, v. SIDNEY M. ROSENSTOCK and Others, Appellants, Impleaded with Others.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

MADISON COUNTY TRUST AND DEPOSIT COMPANY, Appellant, v. RAY B. SMITH and Others, Defendants, Impleaded with CHARLES M. BEDELL and Another, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

WELLINGTON KENWELL, Appellant, v. CLARENCE F. LEE, as Supervisor of the Town of Inlet, Hamilton County, N. Y., and Others, Respondents.— Judgment appealed from modified in accordance with the decision in the appeal from the order determining the form of the judgment, and as so modified the judgment is affirmed, with costs to the defendants other than Clarence F. Lee, as supervisor of the town of Inlet, Hamilton county, N. Y., and B. J. Van Ingen & Company. Hill, P. J., McNamee, Bliss and Heffernan, JJ., concur; Rhodes, J., dissents on grounds stated in his opinion in *Kenwell* v. *Lee* [See *post*, p. 896], decided herewith.